# Order

Michigan Supreme Court
Lansing, Michigan

May 25, 2010

140010

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ARTHUR LOUIS SMITH,
    Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140010
COA: 291935
Macomb CC: 2002-003692-FC

_____/

On order of the Court, the application for leave to appeal the September 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

s0517